# United States Bankruptcy Court
## District of Nevada

### Case No. <u>09–29746–mkn</u>
### Chapter 13

In re: (Name of Debtor)

MARCO A. MENDOZA
3612 BERG ST
N. LAS VEGAS, NV 89030

MARGARITA MENDOZA
925 MEZPAH ST
LAS VEGAS, NV 89106

Social Security No.:

xxx–xx–3141

xxx–xx–7643

## NOTICE OF DISMISSAL;
## NOTICE THAT ALL PENDING HEARINGS ARE VACATED

On 1/26/10, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings on fee applications for Chapter 13 cases, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 1/26/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court